UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION AT COLUMBUS

**United States of America**

**-vs-**                                            Case No. 2:23-cr-188

**Stephen Chinn**

## COURTROOM MINUTES

| JUDGE: | Chelsey M. Vascura | DATE AND TIME: | 9/20/2023 1:00pm |
|---|---|---|---|
| DEPUTY CLERK: | Allie Moran | COUNSEL FOR GOVT: | Emily Czerniejewski |
| RECORD: | CourtSmart | COUNSEL FOR DEFT(S). | Doug Funkhouser & Larry Thomas |
| INTERPRETER: |  | Pretrial/Probation | Leticia Vazquez Villa |

Initial Appearance

-Dft appeared and was advised of rights, charges, and potential penalties
-Detention Hearing and Arraignment set for 9/25/2023 at 1:30pm.
-Dft remanded to custody of United States Marshal Service