# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.

**STEPHEN CHINN,**

    **Defendant.**

:

:

:

**Case No. 2:23-cr-188**
**Judge Sarah D. Morrison**

## ORDER

This matter is before the Court on Defendant Stephen Chinn's unopposed Motion to Continue the Trial Date. (Mot., ECF No. 15.) A jury trial is currently scheduled for November 27, 2023. (*See* ECF No. 13.) Defense counsel represents that additional time is needed to investigate and review discovery. (Mot.) They further represent that Mr. Chinn has waived his right to a speedy trial to accommodate those preparations. (*Id.*) The Motion is well taken.

"The Speedy Trial Act of 1974 provides, *inter alia*, that in 'any case in which a plea of not guilty is entered, the trial shall commence within seventy days' after the arraignment, but lists a number of exclusions from the 70-day period." *U.S. v. Tinklenberg*, 563 U.S. 647, syllabus (2011) (quoting 18 U.S.C. § 3161(c)(1)) (cleaned up). A court may set a trial date outside the 70-day period "if the judge grant[s] such continuance on the basis of h[er] findings that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a

speedy trial." 18 U.S.C. § 3161(h)(7)(A). Courts consider several factors in determining whether to continue a trial, including whether failure to grant a continuance "would deny counsel for the defendant or the attorney for the Government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence." 18 U.S.C. § 3161(h)(7)(B)(iv).

Because, here, the ends of justice served by doing so outweigh the best interest of the public and Mr. Chinn in a speedy trial, the Court will set a trial date outside the Speedy Trial Act's 70-day period. *See* 18 U.S.C. § 3161(h)(7)(A). The Court sets forth the following findings:

- The Court is available to try this case on November 27, 2023, beginning at 9:00 a.m.

- The failure to grant the requested continuance would deny the parties reasonable time necessary for effective preparations, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).

- The delay occasioned by the continuance is properly excluded from the time limits of the Speedy Trial Act.

Given these enumerated findings, the Court **GRANTS** the Motion.

The Court hereby establishes the following trial schedule:

- All motions of any kind, including motions *in limine*, must be filed on or before **February 12, 2024**. All briefs in opposition must be filed on or before **February 20, 2024**. Reply briefs may not be filed without first obtaining leave of Court.

- Final Pretrial Conference is rescheduled for **March 5, 2024, at 5:00 p.m., in Conference Room 168.**

- Jury Trial is rescheduled for **March 11, 2024, at 9:00 a.m. in Courtroom 132**.

**IT IS SO ORDERED.**

/s/ Sarah D. Morrison
**SARAH D. MORRISON**
**UNITED STATES DISTRICT JUDGE**