IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

United States of America

                                  **NOTICE**

      vs.                                    Case No. 2:23-cr-188
                                                    JUDGE SARAH D. MORRISON

**STEPHEN CHINN**

      **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

Place:    United States District Court           **Chambers**
            Joseph P. Kinneary U.S. Courthouse    **IN PERSON**
            85 Marconi Boulevard                 **May 20, 2024 @ 3:00 p.m.**
            Columbus, Ohio 43215

TYPE OF PROCEEDING: **Status Conference**

                                                **SARAH D. MORRISON**
                                                **UNITED STATES DISTRICT JUDGE**

DATE:   May 1, 2024

                                                s/ Maria Rossi Cook
                                              (By) Maria Rossi Cook, Deputy Clerk

To: Counsel served electronically via CM/ECF