United States District Court
Southern District of Ohio
Eastern Division at Columbus, Ohio

United States of America

-vs-　　　　　　　　　　　　　　　　　　　Case No. 2:23-cr-188

Stephen Chinn

## COURTROOM MINUTES
### Lafler Hearing Converted to a Change of Plea

| U.S. District Judge Sarah D. Morrison | | Date:  8/27/2024 at 11:00 | |
|---|---|---|---|
| Deputy Clerk | Maria Cook | Counsel for Govt: | Noah Litton, Emily Czerniejewski |
| Court Reporter | Allison Kimmel | Counsel for Deft(s): | Larry Thomas |
| Interpreter | | Pretrial/Probation: | |
| Log In | | Log Out | |

The defendant changed his plea to Guilty on Counts 2 and 3 of the Indictment.

The Court accepted his plea of Guilty.

The Court ordered a PSI.

The Court will dismiss Count 1 at sentencing.

This case is subject to restitution and a Final Order of Forfeiture to be filed with the court at a later date.

The defendant will remain in USMS custody pending sentencing.