# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 2:23-cr-00188 |
| Plaintiff, | : | Chief Judge Sarah D. Morrison |
| v. | : | |
| STEPHEN CHINN, | : | |
| Defendant. | : | |

## PROOF OF PUBLICATION

In accordance with 21 U.S.C. § 853(n)(1), Fed. R. Crim. P. 32.2(b)(6), and Supplemental Rule G(4)(a)(iv)(C), notice of the Preliminary Order of Forfeiture was posted on an official government forfeiture internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on October 11, 2024, as evidenced by Exhibit 1.

    Respectfully submitted,

    KENNETH L. PARKER
    United States Attorney

    s/Emily Czerniejewski
    EMILY CZERNIEJEWSKI (IL 6308829)
    Assistant United States Attorney
    Attorney for Plaintiff
    303 Marconi Boulevard, Suite 200
    Columbus, OH 43215
    Phone: (614) 406-3572
    Fax: (614) 469-5653
    Emily.Czerniejewski@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on November 15, 2024, a copy of the foregoing Proof of Publication was filed with the Court's electronic filing system (CM/ECF), which will send electronic notification of such filing to all parties represented by attorneys who are registered CM/ECF users.

s/Emily Czerniejewski
EMILY CZERNIEJEWSKI (IL 6308829)
Assistant United States Attorney
