IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**United States of America**

    vs.

**STEPHEN CHINN**

<u>**NOTICE**</u>

Case No. 2:23-cr-188
Chief Judge Sarah D. Morrison

    **TAKE NOTICE** that a proceeding in this case has been reset for the place, date, and time set forth below:

| | |
|---|---|
| Place: United States District Court<br>Joseph P. Kinneary U.S. Courthouse<br>85 Marconi Boulevard<br>Columbus, Ohio 43215 | **COURTROOM # 132**<br><br>**APRIL 14, 2025, at 1:00 p.m.**<br>**RESCHEDULED FROM 3/18/2025** |

TYPE OF PROCEEDING: <u>**SENTENCING HEARING**</u>

**\*\*** *The following schedule is established:*
*(1) Any sentencing memorandum must be filed no later than TEN days prior to sentencing. The memorandum*
*shall address the statutory sentencing factors, including any proposed variances from the guideline sentencing*
*range.*
*(2) A reply memorandum, while not necessary, shall be filed no later than three days prior to sentencing.*
*(3) Motions under 18 U.S.C. §3553(e) or U.S.S.G. §5K1.1 shall be filed at least three days prior to sentencing.*
<u>*(4) No additional continuances will be granted by this Court.*</u>

                                            Sarah D. Morrison
                                            **CHIEF U.S. DISTRICT JUDGE**

DATE:    March 7, 2025

                                            <u>  s/ Maria Rossi Cook  </u>
                                            (By) Maria Rossi Cook, Deputy Clerk

To: Counsel served electronically via CM/ECF
       United States Probation