IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

STEPHEN CHINN,

        Defendant.

**NOTICE**
Case No. 2:23-cr-188
**Chief Judge Sarah D. Morrison**

**TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

Place: United States District Court
Joseph P. Kinneary U.S. Courthouse
85 Marconi Boulevard
Columbus, Ohio 43215

**Courtroom No. 132**

**August 21, 2025, at 10:00 a.m.**

TYPE OF PROCEEDING: **Hearing on Restitution**

If Defendant is on bond, it is the responsibility of counsel to notify the defendant of the hearing, date, location, and time.

**SARAH D. MORRISON
CHIEF UNITED STATES DISTRICT JUDGE**

DATE:
June 16, 2025

    s/  Maria Rossi Cook
(By) Maria Rossi Cook, Deputy Clerk